Michael Berube, In Pro Per
P. O. Box 356
Carmel Valley, CA 93924
(831) 659-5476

FILED
MAY 2 0 2008
CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 08-50378 |
| MICHAEL BERUBE, | RS No.: MAW-295 |
| | (Chapter 7) |
| | **DEBTOR'S MOTION TO VACATE ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Date: May 28, 2008 |
| | Time: 10:30 a.m. |
| | Place: Courtroom 3099 |
| | 280 South 1st Street |
| Debtor. | San Jose, California |

TO THE HONORABLE ROGER L. EFREMSKY UNITED STATES BANKRUPTCY JUDGE, CHAPTER 7 TRUSTEE, PITE DUNCAN, LLP, AND ALL OTHER INTERESTED PARTIES:

I, MICHAEL BERUBE, Debtor, move the court to Vacate that ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY Entered on Docket April 30, 2008 on the following grounds:

Andrew Keadey, Mortgage Officer for Chase Home Finance and custodian of the books, records, files and banking records of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR ALLIANCE BANCORP, its successors and/or assigns, has executed his signature on four (4) separate declarations containing untrue and incorrect statements in connection with Debtor's Chapter 7 Bankruptcy Case No. 08-50378-RLE.

A DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY needs to made with the utmost care to represent facts completely and accurately so as to uphold the integrity of the judicial system especially when decisions formed on said declarations carry serious implications and consequences for the parties.

I, MICHAEL BERUBE, Debtor, am requesting that the ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY be vacated and that any scheduled sale of the real property located at 9 Sonoma Lane, Carmel CA be enjoined pending a trial and adjudication on the facts.

I declare that if called as a witness, I could testify competently to the truth of the foregoing and the foregoing is executed under penalty of perjury this 20th day of May, 2008, in Monterey County, CA.

*/s/ Michael Berube*

Michael Berube, Debtor

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF MONTEREY

I am over the age of 18 and not a party to the within action. My address is 54 Southbank Road, Carmel Valley, CA 93924.

On May 20, 2008, I served the foregoing documents **DEBTOR'S OPPOSITION AND DECLARATION OPPOSING MOVANT'S AMMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**, on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

**James M. Lauderdale Jr.**
**150 Carmelito Ave.**
**Monterey, CA 93940**

**Melodie A. Whitson, c/o PITE DUNCAN, LLP**
**525 E. Main Street**
**P.O. Box 12289**
**El Cajon, CA 92022-2289**

**John W. Richardson**
**Chapter 7 Trustee**
**5161 Soquel Dr., #F**
**Soquel, CA 95073**

**U.S. Trustee**
**280 South 1st Street, Room 268**
**San Jose, CA 95113**

Case: 08-50378    Doc# 56    Filed: 05/20/08    Entered: 05/22/08 14:02:23    Page 3 of 4

I caused such envelopes to be deposited in the mail at Carmel Valley, California. The envelopes were mailed with postage thereon fully prepaid. I am aware that on motion of party served, service is presumed invalid if Postal cancellation date or postage meter date is more than one (1) day after date of deposit of mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2008

*Wendy Pendleton*

Wendy Pendleton

4

Case: 08-50378   Doc# 56   Filed: 05/20/08   Entered: 05/22/08 14:02:23   Page 4 of 4