Michael Berube, In Pro Per
P. O. Box 356
Carmel Valley, CA 93924
(831) 659-5476

FILED
MAY 20 2008
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br>MICHAEL BERUBE,<br>　　　　Debtor.<br>_____<br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPM ALT 2007-A2, its assignees and/or successors in interest,<br>　　　　Movant,<br>vs.<br>MICHAEL BERUBE, Debtor; and JOHN W RICHARDSON, Chapter 7 Trustee,<br>　　　　Respondents. | Case No. 08-50378<br>RS No.: JMS-420<br>(Chapter 7)<br><br>DEBTOR'S OPPOSITION AND DECLARATION OPPOSING MOVANTS AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date: May 28, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 3099<br>　　　　280 South 1st Street<br>　　　　San Jose, California |

TO THE HONORABLE ROGER L. EFREMSKY UNITED STATES BANKRUPTCY JUDGE, THE MOVANT, MOVANT'S ATTORNEY, CHAPTER 7 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

I, MICHAEL BERUBE, Debtor, hereby oppose Movant's amended motion requesting relief from the automatic stay on the following grounds:

The MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed February 21, 2008, contained a DECLARATION OF ANDREW KEADEY IN SUPPORT OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY. Said declaration contained a statement that the Movant had **not** recorded a Notice of Default on the subject property commonly known as 122 CARMEL RIVIERA DRIVE, CARMEL, CA. The statements contained in the declaration of Andrew Keadey were presumably relied upon by the court in granting relief.

An AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY was subsequently filed on May 8, 2008, containing an AMENDED DECLARATION OF ANDREW KEADEY IN SUPPORT OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY executed by him on May 5, 2008. Said amended declaration contains a statement that the Movant recorded a Notice of Default on October 25, 2007. Said amended declaration also asserts that "A true and correct copy of the recorded Corporate Assignment of Deed of Trust is attached hereto as Exhibit 3". On examination of said assignment one will notice that it is dated 10/23/2007, but curiously, was not notorized until DEC 20 2007 and was subsequently recorded on 12/31/2007, which begs the question of Movant's legal standing.

I, MICHAEL BERUBE, Debtor, am requesting a trial to have these issues heard and adjudicated

I declare that if called as a witness, I could testify competently to the truth of the foregoing and the foregoing is executed under penalty of perjury this 20th day of May, 2008, in Monterey County, CA.

*/s/ Michael Berube*

Michael Berube, Debtor

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF MONTEREY

I am over the age of 18 and not a party to the within action. My address is 54 Southbank Road, Carmel Valley, CA 93924.

On May 20, 2008, I served the foregoing documents **DEBTOR'S OPPOSITION AND DECLARATION OPPOSING MOVANT'S AMMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**, on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

**James M. Lauderdale, Jr.**
**150 Carmelito Ave.**
**Monterey, CA 93940**

**John M. Sorich**
**ALVARADO & ASSOCIATES, LLP**
**1 Mac Arthur Place, Suite 210**
**Santa Ana, CA 92707**

**John W. Richardson**
**Chapter 7 Trustee**
**5161 Soquel Dr., #F**
**Soquel, CA 95073**

**U.S. Trustee**
**280 South 1st Street, Room 268**
**San Jose, CA 95113**

3

I caused such envelopes to be deposited in the mail at Carmel Valley, California. The envelopes were mailed with postage thereon fully prepaid. I am aware that on motion of party served, service is presumed invalid if Postal cancellation date or postage meter date is more than one (1) day after date of deposit of mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2008

*Wendy Pendleton*

Wendy Pendleton

4