| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | John M. Sorich - Bar No.125223<br>ALVARADO & ASSOCIATES, LLP<br>1 Mac Arthur Place, Suite 210<br>Santa Ana, CA 92707<br>(714) 327-4400, fax (714) 327-4499<br>104-37605-2 |
| 6<br>7 | Attorneys for Movant, US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPM ALT 2007-A2 |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL BERUBE,<br><br>    Debtor.<br>_____<br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPM ALT 2007-A2, its assignees and/or successors in interest,<br><br>    Movant,<br><br>vs.<br><br>MICHAEL BERUBE, Debtor; and JOHN W RICHARDSON, Chapter 7 Trustee,<br><br>    Respondents. | Case No. 08-50378<br><br>RS No.: JMS-420<br><br>(Chapter 7)<br><br>**NOTICE OF WITHDRAWAL OF MOVANT'S AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED MAY 8, 2008**<br><br>**Original Hearing Date:**<br>Date: May 28, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 3099<br>   280 South 1st Street<br>   San Jose, California<br><br>**Evidentiary Hearing Date:**<br>Date: June 27, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 3099<br>   280 South 1st Street<br>   San Jose, California |

TO THE HONORABLE ROGER L. EFREMSKY, THE DEBTOR, CHAPTER 7 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

O:\docs\bnk\Northern7MFRPkg.doc 104-37605-2 / MICHAEL BERUBE /

Case: 08-50378 Doc# 61 Filed: 06/11/08 Entered: 06/11/08 14:08:15 Page 1 of 2

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that US BANK NATIONAL ASSOCIATION AS |
| 2 | TRUSTEE FOR JPM ALT 2007-A2, its assignees and/or successors in interest ("Movant") hereby |
| 3 | withdraws its Amended Motion for Relief from the Automatic Stay filed with the court in the |
| 4 | above-referenced matter on May 8, 2008. |
| 5 | Movant requests that the hearing scheduled for June 27, 2008 at 11:00 a.m., in |
| 6 | Courtroom 3099 of the above-entitled Court be removed from the Court's calendar. |

Dated: June 11, 2008               ALVARADO & ASSOCIATES, LLP

By_____/s/ John M. Sorich_____
John M. Sorich, Attorney for Movant,
US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
JPM ALT 2007-A2, its assignees and/or successors in interest